No. 298. GETTY *v.* KINZBACH TOOL CO., INC. ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Nelson J. Jewett, J. O. Modisette,* and *George B. Springston* for petitioner.

No. 299. STEPHENS *v.* RICHMAN & SAMUELS, INC. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Sawnie B. Smith* for petitioner. *Mr. Morris Cukor* for respondent.

No. 310. LOWDEN ET AL., TRUSTEES, *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Court of Claims denied. *Messrs. M. L. Bell, W. F. Peter, Thomas P. Littlepage, W. R. Bleakmore,* and *Robert E. Lee* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Richard H. Demuth* and *Vernon L. Wilkinson* for the United States.

No. 312. AMES ET UX. *v.* EMPIRE STAR MINES CO., LTD. October 13, 1941. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. Simeon E. Sheffey* and *Herman Weinberger* for petitioners. *Messrs. Robert M. Searls* and *William E. Colby* for respondent.

No. 314. BOWDEN ET AL. *v.* CITY OF FORT SMITH. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. Joseph F.*